**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior Judge John L. Kane

Civil Action No. 08-cv-02337-JLK
Criminal Action No. 08-cr-00145-JLK

UNITED STATES OF AMERICA,

    v.

JUVENTION MENDOZA-SOTA,

    Movant.

**ORDER**

Kane, J.

After preliminary consideration of Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #26), it is now

ORDERED that the United States Attorney on or before December 30, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 10th day of December, 2008.

                                        BY THE COURT:

                                        s/John L. Kane
                                        JOHN L. KANE, Senior Judge
                                        UNITED STATES DISTRICT COURT